CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 10 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| S. USA LIFE INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK ANTHONY MIRANDO and <br><br> DAVID HOWARD BROMBERG, <br><br> Defendants. | Case No. 7:18-cv-544 <br><br><br> By:  Michael F. Urbanski <br> Chief U.S. District Judge |

## ORDER

This matter is before the court on Plaintiff's Notice of Voluntary Dismissal, ECF No. 6, pursuant to pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, the court **ORDERS** that the above-captioned matter is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 01-10-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge